**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jose Osorio-Calderon, | Case No. 25-cv-0398 (LMP/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Warden FCI Sandstone, | |
| Respondent. | |

---

IT IS HEREBY ORDERED THAT:

1. Respondent is directed to file an answer to the amended petition for a writ of habeas corpus of petitioner Jose Osorio-Calderon within 28 days of this order certifying the true cause and proper duration of Mr. Osorio's confinement and showing cause why the writ should not be granted in this case.

2. Respondent's answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Mr. Osorio's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondent's legal position on Mr. Osorio's claims; and

   c. Respondent's recommendation on whether an evidentiary hearing should be conducted.

3. If Mr. Osorio intends to file a reply to respondent's answer, Mr. Osorio must do so within 21 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: April 8, 2025

*s/Douglas L. Micko*
Douglas L. Micko
United States Magistrate Judge