UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSE OSORIO-CALDERON,

Petitioner,

v.

WARDEN FCI SANDSTONE,

Respondent.

Case No. 25-CV-398 (LMP/DLM)

DECLARATION OF MATTHEW APPLE

I, Matthew Apple, do hereby declare and state as follows:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice, as the Unit Manager at the Federal Correctional in Sandstone, Minnesota (FCI Sandstone). I began working for the BOP in March of 2009, became a Case Manager in September of 2012, and became a Unit Manager in December of 2022. As part of my official duties, I am familiar with the time credit provisions of the First Step Act and the Bureau's policies and procedures implementing the provisions. I have access to BOP files maintained in the ordinary course of business related to inmates incarcerated within the BOP.

2. I am familiar with the Bureau's policies and produces for designations and transfer procedures as in accordance with Program Statement 5100.08, Inmate Security Designation and Custody Classification, and Program Statement 7310.04, Community Corrections Center (CCC) Utilization and Transfer Procedures.

3. I have been advised FCI Sandstone inmate Jose Osorio-Calderon, Register No. 49425-069, has filed a habeas petition requesting immediate placement in pre-release custody pursuant to the First Step Act (FSA).

4. Osorio-Calderon is serving a 151-month term of imprisonment for Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b). See Public Information Inmate Data as of 05-05-2025, for Jose Carlos Osorio-Calderon, Register No. 49425-069, a true and correct copy of which is attached as Exhibit A to this declaration. The sentence was imposed on January 30, 2018. See Exhibit A at 2. Osorio-Calderon has a statutory release date of July 03, 2027, and a projected release date of July 03, 2026, based on 365 days of First Step Act time credits. See id at 3.

5. Osorio-Calderon is eligible to earn First Step Act time credits under 18 U.S.C. § 3632(d). See FSA Time Credit Assessment, for Jose Carlos Osorio-Calderon, Register No. 49425-069, dated April 02, 2025, a true and correct copy of which is attached as Exhibit B to this declaration.

6. Osorio-Calderon has maintained a Low PATTERN score for all fourteen of his assessment periods. See Exhibit B at 2.

7. On June 25, 2021, the Bureau of Prisons issued Program Statement 5400.01, First Step Act Needs Assessment, which outlines what needs the Bureau identified under the First Step Act and how they are assessed. See Program Statement 5400.01, First Step Act Needs Assessment, a true and correct copy of which is attached as Exhibit C to this declaration. The Bureau has identified thirteen need areas: anger/hostility, antisocial peers, cognitions, dyslexia, education, family/parenting, finance/poverty, medical, mental health, recreation/leisure/fitness, substance abuse, trauma, and work. See id. at 2. The needs are dynamic factors which can change over time. See id.

8. Osorio-Calderon's current FSA needs are as follows: (1) Anger/Hostility – No; (2) Antisocial Peers – Yes; (3) Cognitions – Yes; (4) Dyslexia[1] – No; (5) Education – No; (6) Family/Parenting – No; (7) Finance/Poverty – No; (8) Medical – No; (9) Mental Health – No; (10) Recreation/Leisure/Fitness – No; (11) Substance Abuse – No; (12) Trauma – No; and (13) Work – No. See FSA Needs Reassessment, for Jose Carlos Osorio-Calderon, Register No. 49425-069, dated November 13, 2024, a true and correct copy of which is attached as Exhibit D to this declaration.

9. On November 18, 2022, the Bureau of Prisons issued Program Statement 5410.01, First Step Act of 2018-Time Credits: Procedures of Implementation of 18 U.S.C. § 3632(d)(4), which outlines how inmates earn and apply time credits. See Program Statement 5410.01, First Step Act of 2018-Time Credits: Procedures of Implementation of 18 U.S.C. § 3632(d)(4), a true and correct copy of which is attached as Exhibit E to this declaration.

10. Osorio-Calderon was earning FTCs at a rate of 10 days for 30 days of programming from December 21, 2018, through July 17, 2019. At that point, he began earning FTCs at a rate of 15 days for 30 days of programming because he did not increase his PATTERN score from a Low after two full consecutive assessment periods. See Exhibit B at 1-2.

11. As of April 02, 2025, Osorio-Calderon has earned 365 days of time credits toward an early release and 730 days of time credits towards a pre-release RRC or home confinement placement. See Exhibit B at 1.

12. Osorio-Calderon has a projected release date of July 03, 2026, with consideration of 365 days of FTCs. Id. at 3.

[1] Dyslexia is not included on the FSA Needs Reassessment Form, so I have reviewed Sentry to determine the presence of this need.

13. I am aware that under the First Step Act, Unit Team shall refer inmates for a pre-release community placement based on their accrued FTCs. See 18 U.S.C. § 3632(d)(4)(C) (noting the BOP "shall transfer eligible prisoners, as determined under section 3624(g), into prerelease custody or supervised release."). However, all BOP designations must still be made with consideration of 18 U.S.C. § 3621(b), which provides: "(1) the resources of the facility contemplated; (2) the nature and circumstances of the offense; (3) the history and characteristics of the prisoner; (4) any statement by the court that imposed the sentence: (a) concerning the purpose for which the sentence to imprisonment was determined to be warranted; or (b) recommending a type of penal or correctional facility as appropriate; and (5) any pertinent policy statement issued by the U.S. Sentencing Commission." See 18 U.S.C. § 3621(b)(1)-(5).

14. At the institutional level, an inmate's Unit Team focuses on factors unique to the individual inmate and of which the inmate's Unit Team has unique knowledge and insight; the Bureau's Residential Reentry Manager (RRM) field office overseeing the recommended RRC will finalize the recommendation after considering the resources of the facility contemplated.

15. Unique to Osorio-Calderon, he requested relocation to the Northern District of New York where his sister resides. After Probation and Pretrial Services completed their Supervised Release Plan investigation, Osorio-Calderon's request for Supervision was denied due to the residence being found unsuitable for supervision. See Correspondence from the Northern District of New York Probation and Pretrial Services dated March 28, 2024, a true and correct copy of which is attached as Exhibit F to this declaration.

16. Because of the denial for relocation to New York, Puerto Rico will remain Osorio-Calderon's supervised release location. Therefore, Unit Team determined Puerto Rico to be the best location for Osorio-Calderon's community placement based on his FTCs.

17. In April of 2024, Osorio-Calderon's Unit Team recommended a placement in Puerto Rico for a combined placement of 915 days based on his FTCs and their Second Chance Act recommendation, stating the following:

> Inmate Osorio-Calderon has a Conditional FSA Release Date of July 3, 2026. He has been reviewed for pre-release Residential Reentry Center (RRC) placement pursuant to the Second Chance Act of 2007, using the five factor criteria set forth in 18 USC 3121(b). As Such, a 365 day RRC placement is recommended. Additionally, inmate Osorio-Calderon has earned 550 FTCs. Therefore, we are requesting a combined placement of up to 915 days, requesting the next available bed. He has completed his IFRP obligation and a social security card is not on file.

<u>See</u> Institutional Referral for CCC Placement, for Jose Carlos Osorio-Calderon, Register No. 49425-069, a true and correct copy of which is attached as Exhibit G to this declaration.

18. Osorio-Calderon's Unit Team then forwarded their recommendation to the RRM for finalization, but the RRM denied placement due to local ordinances in Puerto Rico regarding his criminal offense.

19. On October 31, 2024, Osorio-Calderon's Unit Team reached back out to the RRM to confirm the reason for denial and to forward Osorio-Calderon's updated supervised release plan. The RRM confirmed that placement wad denied due to local ordinances pertaining to sex offenses. <u>See</u> Email dated November 01, 2024, a true and correct copy of which is attached as Exhibit H.

20. On April 23, 2025, Osorio-Calderon's Unit Team reached out to the RRM once again to see if there were any other facilities or options available to be considered for pre-release

placement. The RRM stated that no other options were available. See Email dated April 24, 2025, a true and correct copy of which is attached as Exhibit I

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 6 day of May, 2025.

Matthew Apple
Unit Manager
Federal Correctional Institution
Sandstone, Minnesota