# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK
## PROBATION AND PRETRIAL SERVICES

**Michael J. Kester**
**Chief U.S. Probation Officer**

**Janna A. Kulakowski**
**Deputy Chief U.S. Probation Officer**

**James M. Hanley Federal Building**
**100 S. Clinton Street, P.O. Box 7035**
**Syracuse, New York 13261**
**(315) 234-8700**
**Fax (315) 234-8701**

March 28, 2024

RE: Osorio-Calderon, Jose
REG: 49425-069

Dear Case Manager: Fossum

This office has completed the SRP investigation on the above-noted individual.

Please be advised of the following in regards to the SRP:

Approved

X Not Approved for the following reasons:

- X Residence not suitable for supervision
- ☐ No response from proposed residence
- ☐ Information in SRP is incorrect
- ☐ The following conditions need to be added:

Sincerely,

Paul Brandofino

GOVERNMENT EXHIBIT
F
25-398 (LMP/DLM)