UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-00398-LMP-DLM

JOSE OSORIO-CALDERON,

Petitioner,

v.

WARDEN, *FCI Sandstone*,

Respondent.

**CERTIFICATE OF COMPLIANCE**

The undersigned certifies this memorandum complies with the type-volume limitation and the type size limitation of D. Minn. LR 72.2(c). The memorandum has 3,491 words of type, font size 13. The memorandum was prepared using Word for Microsoft 365, which includes all text, including headings, footnotes and quotations in the word count.

Dated: June 25, 2025

JOSEPH H. THOMPSON
Acting United States Attorney

*s/ Trevor Brown*

BY: TREVOR C. BROWN
Assistant United States Attorney
Attorney ID Number 396820
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
trevor.brown@usdoj.gov