**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 25-cv-398 (LMP/DLM)**

Jose Osorio-Calderon,

Petitioner,

v.

Warden, FCI Sandstone,

Respondent.

**LR 7.1 COMPLIANCE CERTIFICATE**

I, Trevor N. Parkes, certify that Petitioner Jose Osorio-Calderon's Response complies with the word and type size limits in Local Rule 72.2(c). I further certify that, in preparation of the Objections, I used Microsoft Word 365, and that the word-count feature of this word-processing program has been applied to all text, including headings, footnotes, and quotations, but excluding those portions excepted by Local Rule 72.2(c). Petitioner Jose Osorio-Calderon's Response contains 3,490 words.

Respectfully submitted,

DATED: June 29, 2025

*s/ Trevor N. Parkes*

Trevor N. Parkes
Attorney ID No. 0402172
Counsel & Project Director, First Step Act Resource Center
National Association of Criminal Defense Lawyers
1660 L St NW, 12th Floor
Washington, DC 20036

*Appointed Counsel for Petitioner Jose Osorio-Caldeorn*