# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JOSE OSORIO-CALDERON

Petitioner,

vs. Case No. 25-cv-398 (LMP/DLM)

WARDEN, FCI SANDSTONE

Respondent.

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Petitioner Jose Osorio-Calderon in the above-named case appeals to the United States Court of Appeals for the Eighth Circuit. Petitioner Jose Osorio-Calderon appeals from the Order of the U.S. District Court for the District of Minnesota that was entered on September 19, 2025, dismissing Mr. Jose Osorio-Calderon's habeas petition.

Respectfully submitted,

DATED: October 19, 2025

*s/ Trevor N. Parkes*

Trevor N. Parkes
Attorney ID No. 0402172
Counsel & Project Director, First Step Act Resource Center
National Association of Criminal Defense Lawyers
1660 L St NW, 12th Floor
Washington, DC 20036

*Appointed Counsel for Petitioner Jose Osorio-Calderon*